FILED

FEB 13 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN HUANG,                              No   C-07-00589 MHP

     Plaintiff,
                                         ORDER
     v

RICHARD WIEKING, et al,

     Defendants,
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

     Pursuant to the Designation of a District Judge issued on February 6, 2007 by Ninth Circuit Chief Judge Mary Schroeder pursuant to Title 28, United States Code, section 292 (b), the Honorable William B Shubb, United States Senior District Judge for the Eastern District of California, is hereby assigned to this case.

     All pending dates of motions, case management conferences and trial are hereby vacated and will be reset by the newly assigned judge.

     IT IS SO ORDERED.

FEB 13 2007

_____
VAUGHN R WALKER
United States District Chief Judge

## UNITED STATES COURTS FOR THE NINTH CIRCUIT

## DESIGNATION OF A DISTRICT JUDGE
## FOR SERVICE IN ANOTHER DISTRICT WITHIN THE NINTH CIRCUIT

*For the Purpose of Hearing a Specific Case*

Pursuant to the provisions of Title 28, United States Code, Section 292(b), I hereby designate the Honorable **William B. Shubb**, United States Senior District Judge for the Eastern District of California to perform the duties of United States District Judge temporarily for the Northern District of California for the specific case *John Huang v. Richard W. Wieking, et al.*, 07-cv-00589-MHP.

Dated: February 6, 2007

Mary M. Schroeder
Chief Judge
United States Courts for the Ninth Circuit

cc: Senior District Judge William Shubb
Chief District Judge David Levi
Chief District Judge Vaughn Walker
Victoria Minor, Clerk, Eastern District of California
Richard Wieking, Clerk, Northern District of California

## CERTIFICATE OF SERVICE

I certify that on the date stated below, I lodged a copy of this order with each judicial officer and I mailed a copy to each counsel of record or *pro se* party in the cases listed above.

Richard W. Wieking, Clerk

DATED: FEB 13 2007

By: _____
Deputy Clerk

Copies to: Courtroom Deputies
Case Systems Administrators
Counsel of Record
Entered into Assignment Program: _____(date)