# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| JOHN HUANG, ) | |
| Plaintiff, ) | C 07-00589 WBS |
| v. ) | ORDER SETTING STATUS |
| RICHARD W. WEIKING, ET. AL., ) | (PRETRIAL SCHEDULING) CONFERENCE |
| Defendants. ) | |

----oo0oo----

This action has been assigned to the undersigned judge. Pursuant to the provisions of Federal Rule of Civil Procedure 16, IT IS ORDERED that:

1. A Status (pretrial scheduling) Conference is set for **March 20, 2007 at 01:30 PM**, before the undersigned judge in Courtroom No. 5, 17th Floor, San Francisco, CA. At least twenty-one (21) calendar days before the scheduling conference is held, the parties shall confer and develop a proposed discovery plan, as required by, Fed. R. Civ. P. 26(f).

///

2. The parties shall submit to the court a <u>JOINT</u> Status Report **fourteen (14) calendar days** prior to the hearing date, which shall contain:

    (a) brief summary of the claims;

    (b) a statement as to the status of service upon all defendants and cross defendants;

    (c) a statement as to the possible joinder of additional parties;

    (d) any contemplated amendments to the pleadings;

    (e) the statutory basis of jurisdiction and venue;

    (f) a written report outlining the proposed discovery plan required by Fed. R. Civ. P. 26(f). Such discovery plan shall include the parties' views and proposals concerning:

        (1) what changes, if any, should be made in the timing, form, or requirements for disclosures under Rule 26(a) including a statement as to when disclosures made under Rule 26(a)(1) were made or will be made;

        (2) the subjects on which discovery may be needed, when discovery should be completed, and whether discovery should be conducted in phases or be limited to or focused upon particular issues;

        (3) what changes, if any, should be made in the limitations on discovery imposed under the federal or local rules, and what other limitations, if any should be imposed;

        (4) the timing of the disclosure of expert witnesses and information required by Rule 26(a)(2);

    (g) a proposed cut-off date by which all discovery

shall be concluded;

       (h) a proposed date by which all motions shall be filed and heard;

       (i) any proposed modifications of standard pretrial proceedings due to the special nature of the action;

       (j) the estimated length of trial;

       (k) a statement as to whether the case is related to any other case, including any matters in bankruptcy;

       (l) any other matters discussed in Local Rule 240 that may add to the just and expeditious disposition of this matter.

    3.  Concurrently with the service of process, or as soon thereafter as possible, plaintiff shall serve upon each of the parties named in the complaint, and upon all parties subsequently joined, a copy of this order, and shall file with the clerk a certificate reflecting such service.

    4.  In the event this action was originally filed in a state court and was thereafter removed to this court, the removing party or parties shall immediately following such removal, serve upon each of the other parties and upon all parties subsequently joined a copy of this order, and shall file with the clerk a certificate reflecting such service.

    5.  All parties to the action shall appear by counsel (or in person if acting without counsel).  A FAILURE TO APPEAR AT THE APPROPRIATE TIME WILL BE TREATED AS A FAILURE TO APPEAR AND MAY SUBJECT COUNSEL TO SANCTIONS.

    6.  In order to assist the court in meeting its recusal responsibilities, any non-governmental corporate party to this

action shall submit a statement identifying all its parent corporations and listing any publicly held company that owns 10% or more of the party's stock.  Such statements shall be included in the parties' Joint Status Report.  Thereafter, if there is any change in the information, the party shall file and serve a supplemental statement within a reasonable time after such change occurs.

   7.   IN appropriate cases, and after receiving the parties' joint status report, the court may issue a Status (Pretrial Scheduling) Order without requiring a status conference.  Unless the parties have received such an order prior to the status conference, the parties are required to attend the status conference as scheduled.

DATE: February 14, 2007

             WILLIAM B.  SHUBB
             UNITED STATES DISTRICT JUDGE

          by: *Karen L. Hom*
             Karen L. Hom, Deputy Clerk

4